**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MATTHEW MUELLER and MARY MUELLER as Co-Next Friends for E.M., a minor,

    Plaintiffs,

vs.                                                              HON. TERRENCE G. BERG
                                                     Case No:  2:22-cv-11488-TGB-APP

OXFORD COMMUNITY SCHOOL DISTRICT, SHAWN HOPKINS, NICHOLAS EJAK, TIMOTHY THRONE, STEVEN WOLF, in their individual capacities, KENNETH WEAVER, in his official capacity, and ACME SHOOTING GOODS, LLC,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF LISA M. ESSER**

PLEASE ENTER the appearance of Lisa M. Esser of the Law Firm of SOMMERS SCHWARTZ, P.C., as another attorney of record on behalf of Plaintiffs, MATTHEW MUELLER and MARY MUELLER as Co-Next Friends for E.M., a minor, in the within cause of action.

                                        /s/ Lisa M. Esser
                                        Lisa M. Esser (P70628)
                                        Sommers Schwartz, P.C.
                                        One Towne Square, Suite 1700
                                        Southfield, MI 48076
                                        T: (248) 355-0300
                                        F: (248) 936-2158
Dated:  June 28, 2022        lesser@sommerspc.com