UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MUELLER and MARY
MUELLER as Co-Next Friends for
E.M., a minor,

        Plaintiff,

v

OXFORD COMMUNITY SCHOOLS,
SHAWN HOPKINS, NICHOLAS EJAK,
TIMOTHY THRONE, STEVEN WOLF,
KENNETH WEAVER and ACME
SHOOTING GOODS, LLC.,

        Defendants.
_____/

Hon. Mark Goldsmith
No. 22-11448

**NOTICE OF NON-PARTY FAULT**

| | |
|---|---|
| Matthew L. Turner (P48706) | Timothy J. Mullins (P28021) |
| Lisa M. Esser (P70628) | Kenneth B. Chapie (P66148) |
| Sommers Schwartz, P.C. | John L. Miller (P71913) |
| *Attorneys for Plaintiff* | Annabel F. Shea (P83750) |
| One Towne Square, Suite 1700 | Giarmarco, Mullins & Horton, P.C. |
| Southfield, MI 48076 | *Attorneys for Defendants Oxford, Hopkins,* |
| (248) 355-0300 | *Ejak, Throne, Wolf and Weaver* |
| mturner@sommerspc.com | 101 W. Big Beaver Road, 10th Floor |
| lesser@sommerspc.com | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| Jonathan E. Lowy | tmullins@gmhlaw.com |
| Erin C. Davis | kchapie@gmhlaw.com |
| Robert Cross | jmiller@gmhlaw.com |
| *Co-Counsel for Plaintiff* | ashea@gmhlaw.com |
| 840 Street NE, Suite 400 | |
| Washington DC 20002 | Donovan S. Asmar (P77951) |
| (202) 370-8106 | Thomas J. Rheaume (P74422) |
| jlowy@bradyunited.org | Bodman PLC |
| edavis@bradyunited.org | *Attorney for Defendant Acme Shooting* |
| rcross@bradyunited.org | *Goods, LLC* |
| | 201 W. Big Beaver Road, Suite 500 |
| | Troy, MI 48084 |
| | (248) 743-6000 |
| | dasmar@bodmanlaw.com |
| | trheaume@bodmanlaw.com |

## NOTICE OF NON-PARTY FAULT

Defendants, OXFORD COMMUNITY SCHOOLS, SHAWN HOPKINS, NICHOLAS EJAK, TIMOTHY THRONE, STEVEN WOLF and KENNETH WEAVER, hereby file a Notice of Non-Party Fault pursuant to MCR 2.112(K) as to the following:

1. Ethan Crumbley
2. Jennifer Crumbley
3. James Crumbley

for the reason that Defendants contend that the conduct complained of by Plaintiffs was proximately caused or contributed to by said individuals.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants Oxford, Hopkins,
 Ejak, Throne, Wolf and Weaver

DATED: September 6, 2022

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on September 6, 2022, he did serve a copy of the **Notice of Non-Party Fault** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants Oxford, Hopkins,
 Ejak, Throne, Wolf and Weaver
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021