UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MUELLER, et al.,

    Plaintiffs,                          No. 22-cv-11448

v.                                           Hon. Mark A. Goldsmith

OXFORD COMMUNITY SCHOOL
DISTRICT, et al.,

    Defendants.

---

**ORDER (1) WITHDRAWING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS (Dkt. 42), (2) GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (Dkt. 50), AND (3) CANCELLING HEARING**

In accordance with the stipulation presented by Defendant Acme Shooting Goods, LLC and Plaintiffs, Acme's motion to dismiss is withdrawn without prejudice (Dkt. 42), and Plaintiffs' motion for leave to file an amended complaint is granted (Dkt. 50).  The motion hearing set for December 5, 2022 is cancelled.

By November 29, 2022, Plaintiffs must file their amended complaint, to which Acme must respond by answer or motion by December 13, 2022.

    SO ORDERED.

Dated: November 21, 2022                       s/Mark A. Goldsmith
       Detroit, Michigan                       MARK A. GOLDSMITH
                                               United States District Judge