**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MATTHEW MUELLER and MARY
MUELLER as Co-Next Friends for
E.M., a minor,

    Plaintiffs,

vs.

OXFORD COMMUNITY SCHOOL
DISTRICT, SHAWN HOPKINS,
NICHOLAS EJAK, TIMOTHY
THRONE, STEVEN WOLF, in their
individual capacities, KENNETH
WEAVER, in his official capacity,
and ACME SHOOTING GOODS, LLC,

    Defendants.

Case No. 2:22-cv-11448-MAG-APP

U.S. District Judge: Mark A. Goldsmith
U.S. Magistrate Judge: Anthony P. Patti

_____/

## **NOTICE OF CONSTITUTIONAL QUESTION**

Now come the Plaintiffs, Matthew and Mary Mueller as Co-Next Friends for E.M., a minor, and pursuant to Fed. R. Civ. P. 5.1, hereby provide notice that Plaintiffs are challenging the constitutionality of the Protection of Lawful Commerce

1

in Arms Act (PLCAA), 15 U.S.C. §7901, *et seq.* The challenge is stated in Plaintiffs' response to Defendant Acme Shooting Goods, LLC motion to dismiss [Dkt. 60].

        Respectfully Submitted,

        /s/ Matthew L. Turner
        Matthew L. Turner (P48706)
        Lisa M. Esser (P70628)
        Sommers Schwartz, P.C.
        One Towne Square, Suite 1700
        Southfield, MI 48076
        T: (248) 355-0300
        F: (248) 936-2158
        mturner@sommerspc.com
        lesser@sommerspc.com

        /s/ Erin C. Davis
        Erin C. Davis
        Robert Cross
        Brady
        840 Street NE, Suite 400
        Washington DC 20002
        (202) 370-8106
        edavis@bradyunited.org
        rcross@bradyunited.org

Dated: January 25, 2023

## **CERTIFICATE OF SERVICE**

I certify that on January 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record; as well as sending the foregoing Notice and Plaintiffs' Response in Opposition to Acme Shooting Goods, LLC's Renewed Motion to Dismiss on the United States Attorney General, via UPS delivery.

*/s/ Matthew L. Turner*
mturner@sommerspc.com