UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MUELLER and MARY
MUELLER as Co-Next Friends for
E.M., a minor,

    Plaintiffs,

vs.

OXFORD COMMUNITY SCHOOL
DISTRICT, SHAWN HOPKINS,
NICHOLAS EJAK, TIMOTHY
THRONE, STEVEN WOLF, in their
individual capacities, KENNETH
WEAVER, in his official capacity,
and ACME SHOOTING GOODS, LLC,

    Defendants.

Case No. 2:22-cv-11448-MAG-APP

U.S. District Judge: Mark A. Goldsmith
U.S. Magistrate Judge: Anthony P. Patti

## ORDER CERTIFYING CONSTITUTIONAL QUESTION

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(a), this Court certifies to the Hon. Merrick B. Garland, Attorney General of the United States, that Plaintiffs are challenging the constitutionality of the Protection of Lawful Commerce in Arms Act, 15 U.S.C. §7901, et seq. in their response to a motion to dismiss (Dkt 60).

The Clerk of the Court is directed to send a copy of this order, by first class U.S. mail, to the Hon. Merrick B. Garland, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. A copy of this order shall also be sent to Dawn Ison, United States Attorney for the Eastern District of Michigan.

    IT IS SO ORDERED.

Dated: February 1, 2023          s/Mark A. Goldsmith
    Detroit, Michigan          MARK A. GOLDSMITH
                                                    United States District Judge