UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MUELLER, et al.,

                Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

                Defendants.

No. 22-cv-11448

Hon. Mark A. Goldsmith

### ORDER (1) DISMISSING PLAINTIFFS' STATE-LAW CLAIMS WITHOUT PREJUDICE AND (2) DENYING DEFENDANT ACME SHOOTING GOODS, LLC'S MOTION TO DISMISS WITHOUT PREJUDICE AS MOOT (Dkt. 59)

In accordance with the opinion and order entered on March 14, 2023 in Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al., Plaintiffs' state-law claims are dismissed without prejudice.

Defendant Acme Shooting Goods, LLC has filed a motion to dismiss Plaintiffs' claims against it (Dkt. 59). Plaintiffs' claims against Acme are state-law claims. See Am. Compl. ¶¶ 326–353 (Dkt. 55). Because these claims are dismissed, the Court denies Acme's motion to dismiss without prejudice as moot.

SO ORDERED.

Dated: March 15, 2023
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge