UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MUELLER, et al.,

                Plaintiffs,

v.                                                No. 22-cv-11448

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,    Hon. Mark A. Goldsmith

                Defendants.

## ORDER STAYING CASE

In accordance with the order entered on today's date in <u>Franz et al. v. Oxford Community School District et al.</u>, No. 21-cv-12871, the Court stays and administratively closes this case pending the appeal before the United States Court of Appeals for the Sixth Circuit.

SO ORDERED.

Dated: July 10, 2023                              s/Mark A. Goldsmith
     Detroit, Michigan                         MARK A. GOLDSMITH
                                                  United States District Judge